UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>SUSAN CUNNINGHAM | Case No.: 3:20CR260(VAB)<br><br><br>December 22, 2020 |

## NOTICE OF APPEARANCE

    Please enter the appearance of Natasha Freismuth, Assistant United States Attorney, as counsel for the United States of America, in the above-referenced case.

                                        Respectfully submitted,
                                        JOHN H. DURHAM
                                        UNITED STATES ATTORNEY


                                        */s/ NATASHA M. FREISMUTH*
                                        ASSISTANT U.S. ATTORNEY
                                        Federal Bar No. phv05772
                                        157 Church Street, 25th Floor
                                        New Haven, CT   06510
                                        Tel.: (203) 821-3700
                                        Fax: (203) 773-5378

CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ *NATASHA M. FREISMUTH*
      ASSISTANT U.S. ATTORNEY
      Federal Bar No. phv05772
      157 Church Street, 25th Floor
      New Haven, CT 06510
      Tel.: (203) 821-3700
      Fax: (203) 773-5378